MARIO M. GALLO v. LLOYD CAPITAL CORPORATION.

June 23, 1987.

Petition for certification denied.

IN THE MATTER OF ALBERT KINGETT, T/A A.E. KINGETT.

June 23, 1987.

Petition for certification granted.

IN THE MATTER OF THE ALLEGATIONS AS TO VIOLATIONS
OF LAW AND THE NEW JERSEY ADMINISTRATIVE CODE
BY SCHAPER DISPOSAL WORKS, INC.

June 23, 1987.

Petition for certification denied.

MONTVILLE TOWNSHIP BOARD OF EDUCATION v.
MONTVILLE TOWNSHIP EDUCATION
ASSOCIATION.

June 23, 1987.

Petition for certification denied.